# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRIN LEE BLOUNT, | Case No. 1:16-cv-01653-DAD-SKO  HC |
| Petitioner, | |
| v. | ORDER DIRECTING CLERK OF COURT TO AMEND CAPTION |
| SCOTT KERNAN, | |
| Respondent. | (Doc. 11) |

"If the petitioner is currently in custody under a state court judgment, the petition must name as respondent the state officer who has custody."  Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts.  "The proper respondent in a federal habeas corpus petition is the petitioner's 'immediate custodian.'"  *Brittingham v. United States*, 982 F.2d 378, 379 (9th Cir. 1992) (quoting *Demanjuk v. Meese*, 784 F.2d 1114, 1115 (D.C. Cir. 1986)).  Respondent has advised the Court that Petitioner is presently incarcerated in the California State Prison, Corcoran.  As a result, David Davey, Warden of California State Prison, Corcoran, has immediate custody of Petitioner.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption to reflect the name of David Davey, Warden, California State Prison, Corcoran, as Respondent.

IT IS SO ORDERED.

Dated:  __**January 30, 2017**__          _____/s/ *Sheila K. Oberto*_____
                                                  UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28