# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRIN LEE BLOUNT,<br><br>　　　　Petitioner,<br><br>　v.<br><br>DAVID DAVEY, Warden,<br><br>　　　　Respondent. | Case No. 1:16-cv-01653-DAD-SKO HC<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>(Doc. 17)<br><br>RESPONSE DUE IN FIFTEEN DAYS |

Petitioner Tyrin Lee Blount is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 6, 2017, this Court denied Respondent's motion to dismiss and granted Petitioner's motion for stay and abeyance. The order directed Petitioner to file an initial status report within thirty (30) days and to file status reports every ninety (90) days thereafter. Although more than thirty days have elapsed since the order of stay and abeyance, Petitioner has failed to file an initial status report.

The Court has discretion to impose any and all sanctions authorized by statute or rule or within the inherent power of the Court, including dismissing the action, based on a petitioner's failure to comply with a court order. F.R.Civ.P. 11; Local R. 110.

Accordingly, the Court hereby orders that:

1.　　Within **fifteen (15) days** from the date of service of this order, Petitioner shall file a written response to the Court, showing cause why the case should not be dismissed for

1

Petitioner's failure to obey the Court's order filed March 6, 2017.  Submission of the required status report shall be deemed compliance with this requirement.

2. The Clerk of Court shall mail a copy of this order to Petitioner's address, along with a copy of the Court's March 6, 2017, order (Doc. 17).

3. Petitioner's failure to comply with this order to show cause will result in the dismissal of this action without further notice.

IT IS SO ORDERED.

Dated: **April 17, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE