# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRIN LEE BLOUNT,<br><br>    Petitioner,<br><br>v.<br><br>DAVID DAVEY, Warden,<br><br>    Respondent. | Case No. 1:16-cv-01653-DAD-SKO HC<br><br>ORDER DISCHARGING<br>ORDER TO SHOW CAUSE<br><br>(Doc. 18) |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 17, 2017, this Court ordered Respondent to show cause within fifteen days why the above-captioned case should not be dismissed in light of Petitioner's failure to file the status report required by the Court's order of stay and abeyance (Doc. 17). On April 27, 2017, Respondent mailed a response setting forth the status of state habeas proceedings. *See* Rules Governing Section 2254 Cases in the United States District Courts, R. 3(d).

Accordingly, the Court hereby ORDERS that the order to show cause issued April 17, 2017 (Doc. 18), be discharged. Petitioner is DIRECTED to file the next status report on or before July 28, 2017.

IT IS SO ORDERED.

Dated: __**May 8, 2017**__                    /s/ *Sheila K. Oberto*
                                                               UNITED STATES MAGISTRATE JUDGE