UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TYRIN LEE BLOUNT, | No. 1:16-cv-01653-DAD-SKO (HC) |
|---|---|
| Petitioner, | |
| v. | **ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME** |
| DAVID DAVEY, | |
| Respondent. | **ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL** |
| | **(Doc. 33)** |

On September 21, 2018, Petitioner, Tyrin Lee Blount, filed a motion for an extension of time to file objections to the Court's Findings and Recommendations. By declaration, Petitioner states he needs an extension of time to access the prison's law library.

Good cause having been shown, the Court hereby ORDERS that the time for Petitioner to file objections to the Findings and Recommendations in the above-captioned case shall be extended for 30 days to October 22, 2018.

Petitioner also requests the court appoint counsel. In federal habeas proceedings, no absolute right to appointment of counsel currently exists. *See, e.g., Anderson v. Heinze*, 258 F.2d 479, 481 (9th Cir. 1958); *Mitchell v. Wyrick*, 727 F.2d 773, 774 (8th Cir. 1984). Nonetheless, a court

may appoint counsel at any stage of the case "if the interests of justice so require." 18 U.S.C. § 3006A(a)(2)(B); Rule 8(c), Rules Governing Section 2254 Cases.

Petitioner contends that the Court should appoint counsel based on Petitioner's limited library access, lack of knowledge of the law, and the complexity of the case. Because nearly all prisoners share these characteristics, Petitioner, who has competently submitted a petition, alleges no basis by which the Court may appoint counsel on his behalf.

Petitioner's motion for appointment of counsel is hereby DENIED.

IT IS SO ORDERED.

Dated: **September 24, 2018**  /s/ *Sheila K. Oberto*
 UNITED STATES MAGISTRATE JUDGE